# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-9891 SB (MRW) | Date | December 13, 2021 |
| Title | Smith v. Johnson | | |

Present: Hon.     Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**     ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    Plaintiff Smith commenced this case by filing a civil complaint in October 2020. (Docket # 1.) At the time, the Court reminded him of his obligation under the Local Rules of Court to update the Court and his adversaries about his current mailing address. (Docket # 5 at 4.)

    2.    Since the beginning of the action, Plaintiff has filed only one document (a request for an extension to file a response to a dismissal motion – which never came) with the Court. (Docket # 26.) Notably, Plaintiff failed to file a timely case management report regarding the case as required by the Court's September 2021 scheduling order. (Docket # 29 at 2.) The Court observed that Plaintiff risked dismissal of the action if he failed to file that report. (Id.)

    3.    When Plaintiff filed the case, he was housed at the state prison in Lancaster. (Docket # 1 at 1.) That's the only address listed on the Court's docket. However, when the Court accessed the CDCR inmate locator recently, it discovered that Plaintiff may actually be housed at a facility in Sacramento. (www.inmatelocator.cdcr.ca.gov) Plaintiff did <u>not</u> update his mailing address with the Court to reflect this move. I note that the Attorney General's proof of service on its recent filings also shows Plaintiff's (old) Lancaster address.

    4.    Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute or comply with Court orders (Fed. R. Civ. P. 41) and failure to provide up-to-date address information (Local Rule 41-6). Plaintiff must respond to this OSC with a sworn explanation regarding his conduct <u>plus</u> his long-overdue case management report. Plaintiff's submissions will be due by January 14, 2022. Failure to respond to this OSC will lead to recommendation of dismissal.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-9891 SB (MRW) | Date | December 13, 2021 |
|---|---|---|---|
| Title | Smith v. Johnson | | |

5.    The Clerk is directed to mail this order to Plaintiff at his address of record (Lancaster prison) <u>and</u> to California State Prison – Sacramento, P.O. Box 290001, Represa, CA 95671.  Note that Plaintiff's correct CDCR number is T76804.