# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-9891 SB (MRW) | Date | January 24, 2022 |
| Title | Smith v. Johnson | | |

Present: Hon.   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   SECOND ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    Plaintiff Smith's confusing litigation practices continue. Plaintiff was obliged to file a case management report with the Court by November 1, 2021. (Docket # 29.) He failed to do so. That caused the Court to issue an order to show cause in December 2021 why the case should not be dismissed. (Docket # 33.) In that OSC, the Court noted that Plaintiff had been transferred to another state prison – but failed to inform the Court of his new address.

    2.    Plaintiff was ordered to file his report by January 14, 2022, and explain why he previously failed to do so. He did not file that document. Instead, Plaintiff sent to the Court a change of address form that confirmed information that the Court already knew. (Docket # 34.) To date, Plaintiff has not filed his required case management report.

    3.    The Court continues to have significant concerns about Plaintiff's interest or willingness in litigating this federal civil action. It notes that Plaintiff has now apparently disregarded two court orders requiring the filing of a basic case management report. As previously stated , this can lead to a recommendation that the action be dismissed in its entirety under Federal Rule of Civil Procedure 41.

    4.    Nevertheless, to accommodate a self-represented prisoner – and cognizant of the potential difficulties that his recent transfer may have caused – the Court exercises its discretion to give Plaintiff one final opportunity to submit his case management report. The Court must receive the report from Plaintiff by February 18. After that, the matter will likely be presented to the assigned district judge for consideration of dismissal of the action.